UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WALTER TRIPP, | Case No. 3:16-cv-00006-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.,* | |
| Respondents. | |

This *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 comes before the Court on petitioner's letter inquiring as to the status of petitioner's case (ECF No. 16). The Court disposes of pending matters in chronological order, except for matters that require disposition on an expedited basis. This petition is among a long list of pending matters that will be resolved in the normal course.

DATED THIS 12th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE