# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

WALTER TRIPP,

Petitioner,

v.

NEVADA STATE PAROLE BOARD, *et al.*,

Respondents.

Case No. 3:16-cv-00006-MMD-VPC

ORDER

Respondents' motion for an extension of time to file a supplemental answer (ECF No. 20) is granted. Respondents will have until May 25, 2018 to file a supplemental answer as directed by the Court's Order of March 26, 2018.

DATED THIS 26th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE