UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WALTER TRIPP,<br><br>Petitioner,<br>v.<br><br>NEVADA STATE PAROLE BOARD, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00006-MMD-VPC<br><br>ORDER |

Respondents' motion for an extension of time to file a supplemental answer (ECF No. 22) is granted. Respondents will have until June 8, 2018, to file a supplemental answer as directed by the Court's Order of March 26, 2018.

DATED THIS 25th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE